## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LINELLE SIMMONS, | |
| Plaintiff, | Case No. 1:22-cv-03789 |
| v. | Honorable Martha M. Pacold |
| RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS MIDWEST and THE KROGER CO., | |
| Defendants. | |

### AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LINELLE SIMMONS, and the Defendants, RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS MIDWEST and THE KROGER CO., through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 26, 2022                    Respectfully Submitted,

**LINELLE SIMMONS**                          **RALPHS GROCERY COMPANY and THE KROGER CO.**

*/s/ Nathan C. Volheim*                       */s/ Joseph D. Kern (with consent)*
Nathan C. Volheim (#6302103)                  Joseph D. Kern
*Counsel for Plaintiff*                       *Counsel for Defendant*
Sulaiman Law Group, LTD                       Hinshaw & Culbertson LLP
2500 S. Highland Avenue, Suite 200            151 North Franklin Street, Ste. 2500
Lombard, Illinois 60148                       Chicago, Illinois 60606
Phone: (630) 575-8181                         Phone: (312) 704-3000
Fax: (630) 575-8188                           Fax: (312) 704-3001
nvolheim@sulaimanlaw.com                      jkern@hinshawlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*/s/ Nathan C. Volheim*</u>
Nathan C. Volheim