# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Linelle Simmons

                Plaintiff,

v.                               Case No.: 1:22–cv–03789
                                          Honorable Martha M. Pacold

Ralphs Grocery Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Agreed Stipulation of Dismissal [13], this case is hereby dismissed without prejudice, and each party shall bear its own costs and attorney's fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.